**No. 62562.**—Manca, Inc. *v.* United States, protest 298212–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the items of merchandise in question consist of illuminating articles, the claim of the plaintiff was sustained.

**No. 62563.**—The Durst Mfg. Co., Inc., and Globe Importing Co. *v.* United States, protests 323027–K and 316044–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of tiolet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiffs was sustained.

**No. 62564.**—Bruce Duncan Co., Inc., a/c Nucleonic Products *v.* United States, protests 329977–K and 58/3343 (Los Angeles).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of television apparatus, the claim of the plaintiff was sustained.

**No. 62565.**—Ardalt, Inc. *v.* United States, protest 320031–K (New York).

Opinion by Lawrence, J. The protest was dismissed for lack of prosecution.

**No. 62566.**—Airport Clearance Service *v.* United States, protest 323032–K (New York).

Opinion by Lawrence, J. The protest was dismissed for lack of prosecution.